**FILED**

JAN 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia

A027-712-126

Ali H. Addo, plaintiff.
Franklin House of Corrections
V. 160 Elm Street
Greenfield, MA. 01301
Citizenship and immigration services
(defendant)

Case: 1:08-cv-00097
Assigned To : Unassigned
Assign. Date : 1/17/2008
Description: Pro Se General Civil

CASE RE-ASSIGNED TO: SULLIVAN, J. EGS

## Complaint

The plaintiff hereby respectfully requests the Honorable Court to direct pursuant to Rule 81(a)(2) of Fed.R.Civ.P CIS or citizenship and immigration services to correct the plaintiff's status from permanent Resident to United States citizen, effective November 17, 1989, the day the plaintiff was Naturalized, or became a U.S. citizen.

On November 25, 1988, the plaintiff filed an N-400 Application for citizenship. On November 17, 1989, plaintiff was invited and scheduled for an interview at the INS office in San Francisco.

Plaintiff was at the INS (citizenship and Immigration services) office, at 10:00 AM, where he met the examiner as scheduled.

The Examiner, then, checked the Application and declared it complete. Hence proceed to administer the required examinations: English, U.S. Government and History. The plaintiff took the

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED
NOV 16 2007

1

Exams and passed. See Exhibit #018, the Examiner himself wrote the results of the Exams on this exhibit.

The Examiner, then, advised the plaintiff that he has as designated Examiner to administer the Oath of Allegiance, if the plaintiff opted in "INS Administered Oath".

The Examiner administered the Oath of Allegiance and the plaintiff took the Oath of the Allegiance and became Naturalized or United States citizen. the same day, November 17, 1989.

Then, the plaintiff received a notice of Re-Examination. On the notice of re-examination, the Examiner misprinted the Dates on the re-examination notice. Since the Initial Examination or Naturalization Interview was rendered on November 17, 1989, the Re-examination should have had a later date of issuance than the Initial Examination.

The notice of the Initial Examination was generated on October 31, 1989, and the initial Examination was scheduled on November 17, 1989. But, the dates on the re-examination notice are before even the notice of the initial examination was generated. See Exhibits #152 and #153

Pursuant to these discrepancies, the plaintiff went to the INS office in SAnfrancisco to see the Examiner. The plaintiff met him and showed him the descrepant dates on the notice of re-examination. The Examiner ~~not told me to~~ told the plaintiff to disregard the notice of re-examination, was specifically excused, and the oath of Allegiance which the plaintiff took on November 17, 1989, was good and that the plaintiff was

naturalized on November 17, 1989.

Ironically, there is a notice of withdrawal placed in my file. See Exhibit #015. This is a bogus notice of withdrawal, and, the plaintiff never did withdraw his Application for citizenship as reflected in the chronology of the proceedings leading up to November 17, 1989 and after.

The bogus notice shows a withdrawal request on November 17, 1989, but on November 17, 1989, plaintiff was at the INS office in San Francisco, where at 11:00 AM, plaintiff took citizenship Examination and Oath of Allegiance. Hence, withdrawal is unfeasible and irrational for the INS to contemplate or use as an excuse to cover up the unwarranted actions of the Examiner and the INS.

Had the plaintiff withdrawn his Application on November 17, 1989, the Examiner would not have gone over the application with him for accuracy and completeness, and the Examiner would not have administered the citizenship Examination and the Oath of Allegiance to plaintiff

Furthermore, after an Application for Naturalization has been filed, the Applicant will be permitted to withdraw the Application, only with the consent of the Attorney General. See 8 USCA section 1446(e).

Accordingly, Applicant must request, in writing, that his or her Application be withdrawn. See 8CFR section 335.10. Hence, pursuant to these requirements, ~~I would have~~ the Applicant would have needed to submit in writing (if the plaintiff were to make a withdrawal request), and the Attorney General or the District Director, would need to consent in writing, in order to grant an approval.

Neither did the plaintiff request withdrawal, nor was any written consent granted by the Attorney, or the District Director. Thus, withdrawal is unfeasible and the Attorney General or the District Director would not consent to this inexplicability because the law requires them to render reason for their actions. There is no reason because there has never been a withdrawal request rendered by the plaintiff and the signature on the bogus withdrawal request is not the plaintiff's signature.

Moreover, the plaintiff would not have been invited for re-examination had the plaintiff requested withdrawal on November 17, 1989, the day of the initial examination.

This fact clearly shows that the plaintiff did not withdraw his application on November 17, 1989. The plaintiff would not have been invited for re-examination had he withdrawn his application on November 17, 1989. The dates on the re-examination notice were misprinted by the Examiner.

Forensic Examination conducted by the INS Lab failed to link the signature to the plaintiff notwithstanding the fact the petitioner voluntarily provided a sample of two and half pages and all the signatures on the Application for Naturalization. See the attached result of the Forensic Examination

The contacted the CIS many times to rectify his citizenship status. He was advised to submit an N-400, because the INS did not have the original N-400 which the plaintiff submitted on November 25, 1988, and as soon as this was received, the plaintiff was told, his status would automatically be rectified. The plaintiff submitted this form in 1999, and his citizenship

status has not yet been rectified.

The plaintiff received his file from the INS, and it contained the original application of the N-400, which the INS told ~~me~~ plaintiff it did not have. Hence, the submission of the N-400 in 1999 was not needed and the correction of his citizenship status should have been made upon his request.

Wherefore, based on the preceding facts, the plaintiff respectfully moves the Honorable Court to direct CIS or "Citizenship and Immigration Services" to restore his U.S. citizenship effective November 17, 1989, the day he became a U.S. citizen or Naturalized.

"Jurisdiction" or VENUE

Venue lies in this district under 27 U.S.C. § 1191(b), which provides that venue is proper where the defendants reside or the defendant has its main office or the Headquarter and the main office or the Headquarter of "Citizenship and Immigration Services" is in Washington, DC. Therefore, United States District Court for the District of Columbia is the proper venue and has jurisdiction over this matter.

Respectfully submitted,
Ali Addo, pro se
A# 027-117-126
sig: Addo

Address:
Addo, Ali
Franklin House of Corrections
160 Elm Street
Greenfield, MA 01301

PROOF OF SERVICE:

Copies of this civil Action is Mailed to:

(1) Citizenship and Immigration Services (Defendant)

(2) United States Attorney for the District of Columbia.

(3) United States Attorney General in Washington DC.

on 11-13-2007 with enough postage on it via First Class Mail to their respective Addresses:

Respectfully Submitted,
Ali Addo, PRose
Sg: Addou

# Forensic Document Laboratory
8000 Westpark Dr., Suite 325, McLean, VA 22102-3105
Office - (703) 285-2482    Fax - (703) 285-2208



*Please TYPE or PRINT all information entered below.*

## I. Case Submitted By

| | | | |
|---|---|---|---|
| **Name:** | Raphael A Sánchez | **Title:** | Assistant District Counsel |
| **Contacts:** | Phone: 717-840-7249    Fax: 717-840-7242 | **E-Mail:** | Raphael.Sanchez@dhs.gov |
| **Mailing Address:** (No P.O. Box please) | Office of the District Counsel  Department of Homeland Security  York County Prison Field Office  3400 Concord Road, York PA 17402 | **REQUESTED COMPLETION DATE:** (Below, please specify the date you need this case completed)  **DATE: SEPTEMBER 1, 2004** | |
| **Agency:** | Department of Homeland Security | | |

## II. Case Information

**SUBJECT'S ALIEN NUMBER:** A 27-117-126     **SUBMISSION DATE:** AUGUST 12, 2004

**A.** Subject of Examination is:    (Select all that apply)

1) ☒ In Custody and detained at   York County Prison        2) ☒ Criminal Case
3) ☒ Administrative Case: Hearing scheduled for  September 1, 2004 (Date)    4) ☐ Other Administrative Case

**B.** Operation Name and/or Case #:  Addo, A # 27-117-126

**C.** Has this case been submitted to FDL before?   Yes ☐   No ☒   If Yes, give FDL Case # _____

**D.** Origin of Case (Select only one of these five options, if applicable :)

1) ☐ Border Patrol   2) ☒ Investigations   3) ☐ Asylum   4) Inspections ☐ Air/Seaport ☐ Land Border

5) One of the following Benefits Cases:

a) ☐ I-90   b) ☐ I-130   c) ☐ I-131   d) ☐ I-140   e) ☐ I-485
f) ☒ N-400   g) ☒ Other (specify): _____

**E.** Has a CIS/NIIS/CLAIMS query been done?   No ☒   Yes ☐   If Yes, please attach printout. (CIS)

## III. Examination Requested (check all that apply)

| | | | |
|---|---|---|---|
| ☐ Fingerprints | ☐ Photo Substitution | ☐ Typewriting | ☐ DLIS (Counterfeit Link) |
| ☐ Alteration | ☐ Photo Composite | ☒ Authentication | ☐ Other (Specify in Remarks) |
| ☐ Page Substitution | ☒ Handwriting | ☐ Court Preparation | |

**Remarks:** (List **ALL** evidence items on next page)
The alien claims that he is a citizen. In our administrative file is a withdrawal of his naturalization application, but he denies signing it. Attached, please find four original signatures in the name of Ali Hussein Addo: 1) on the yellow legal paper; 2) on the withdrawal of petition for naturalization; 3) on the petition for naturalization; and 4) on the naturalization application. Please compare these signatures and provide an opinion as to whether or not these signatures were made by the same person. The alien is detained at government expense and his next hearing is September 1, 2004. Please provide your opinion prior to this date. Much thanks in advance.

Form G-1021 (5/1/03)



08 0097       FILED
              JAN 17 2008
              NANCY MAYER WHITTINGTON, CLERK
              U.S. DISTRICT COURT

000217



**U.S. Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**
Office of Investigations
*Forensic Document Laboratory (FDL)*

ADC Raphael A. Sanchez
U.S. Department of Homeland Security
Office of the District Counsel
York County Prison Field Office
3400 Concord Road
York, PA 17402
(717) 840-7249

FDL 04-03524
August 30, 2004
RE: A 27 117 126

**EXHIBITS:**
Exhibit 1: Three page letter bearing the ALI ADDO signatures.
Exhibit 2: Form N-404 bearing the ALI HUSSEIN ADDO signature.
Exhibit 3: Form N-405 bearing the ALI HUSSEIN ADDO signatures.
Exhibit 4: Form N-400 bearing the ALI HUSSEIN ADDO signatures.

**FINDINGS:**
Microscopic, instrumental and comparative examination revealed the following:

A definite determination could not be reached as to whether the questioned hand printed/handwritten "ALI ADDO" and /or "ALI HUSSEIN ADDO" and/or "ADDO" and/or "HUSSEIN" signatures appearing on Exhibits 1 through 4 were written by one writer. Due to the poor line quality exhibited in these signatures, the signatures contain tremor and overwriting, and, due to the lack of sufficient comparable hand printed/handwritten letter combinations and unexplained variations between these signatures.

**REMARKS:**

Please be sure to cite the above FDL case number on your examination request for any re-submissions or additional submissions in this case.

In the event that testimony in support of the above findings is required, the laboratory should receive notification along with the return of the evidence at least ten working days in advance of the scheduled trial in order to complete photographic court charts and resolve any possible conflicts with other pending court commitments.

The above referenced evidence was hand delivered to the FDL on 08/23/04 and will be returned by Federal Express.

Wayne P. Laptosh
*Senior Forensic Document Examiner*



*AN ASCLD/LAB® ACCREDITED LABORATORY SINCE FEBRUARY 2001*



000214

U.S. Department of Justice
Immigration and Naturalization Service

Application to File
Application for Naturalization

OMB #1115-0009

019

*Please read the instructions before filling out this form.*

~~Addo Ali Hussein~~

This block for government use only.

Section of Law: 319(a)

1. Your name (Exactly as it appears on your Alien Registration Receipt Card)
~~Addo~~ Ali Hussein   ADDO   (1)

2. Your Alien Registration number
A- 27 117 126

3. Your Social Security Number
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

4. Your name (Full true and correct name, if different from above)
Same   (2)

5. Any other names you have used (Including maiden)
—  None  (3)

6. Your date of birth (Month/Day/Year)
X(4) 10-12-59

7. Your Sex
☒ Male  ☐ Female

8. Your place of birth (City or Town)
Beletwyne
(County, Province or State)
(Country) Somalia

9. Was your father or mother ever a United States citizen?
(If Yes, explain fully)   ☐ Yes  ☒ No

319(a)

10. Can you read and write English?  ☒ Yes  ☐ No

11. Can you speak English?  ☒ Yes  ☐ No

12. Can you sign your name in English?  ☒ Yes  ☐ No

13. Date you were admitted for permanent residency (Month/Day/Year)
2/10/84

14. Place you were admitted for permanent residency (City and State)
San Francisco, CA

15. Date your continuous residency began in the U.S. (Month/Day/Year)
(5) 2-10-84

16. How long have you continuously resided in the State where you now live?
(Number of Months) 5 years

17. Do you intend to reside permanently in the United States?
(If No, explain fully)  ☒ Yes  ☐ No

18. Have you served in the United States Armed Forces?
(If Yes, complete all of #18.)  ☐ Yes  ☒ No

Branch of Service (Indicate if Reserve or National Guard)
☐ Inducted  ☐ Enlisted

Location where you entered (City and State)

Service began (Month/Day/Year)

Service ended (Month/Day/Year)

Service number

Rank at discharge

Type of discharge (Honorable, Dishonorable, etc.)

Reason for discharge (Alienage, conscientious objector, other)

19. At what addresses in the United States have you lived during the last 5 years? List present address first.

| Street Address | City county and State | From (Month/Day/Year) | To |
|---|---|---|---|
| 2441 Haste, Apt. 28 | Berkeley, CA | 09/1/87 | P |
| 2436 Oregon St. | Berkeley, CA | 08/7/84 | 0 |
| 3306 West St. | Oakland, CA | 09/9/83 | 0 |

20. What employment have you held during the last 5 years? List present or most recent employment first. (If none, write "None.")

| Name and Address of Employer | Occupation or Type of Business | From (Month/Day/Year) | To (Month/Day/Year) |
|---|---|---|---|
| None | Student - funded by scholarship from University & Fed. & state grant for all expenses | | |

Form N-400 (12/05/86) N

12-28-87

000343

21. What is your present marital status?
☒ Married  ☐ Widowed  ☐ Divorced  ☐ Single

22. Complete the following *regarding your husband or wife if you are currently married*.

| First (given) name | Date married (Month/Day/Year) | Date of birth (Month/Day/Year) | Country of birth |
|---|---|---|---|
| Jacqueline | 11/30/83 | July 17, 1961 | U.S.A. |
| Place he or she entered the U.S. | Date entered the U.S. (Month/Day/Year) | His or her Alien Registration Number | Present immigration status |
| | | | |
| Date naturalized (Month/Day/Year) | Place naturalized | Present address (street and number) with me (7) | City and State or country |

23. Complete the following if you were previously married.    Total number of times you have been married. ___

| Name of prior husband or wife | Date of marriage (Month/Day/Year) | Date marriage ended (Month/Day/Year) | How marriage ended | INS status |
|---|---|---|---|---|
| | | | | ☐ Alien ☐ Citizen |
| | | | | ☐ Alien ☐ Citizen |
| | | | | ☐ Alien ☐ Citizen |

24. Complete the following if your present husband or wife was previously married.    Total number of times your husband or wife has been married. ___

| Name of prior husband or wife | Date of marriage (Month/Day/Year) | Date marriage ended (Month/Day/Year) | How marriage ended | INS status |
|---|---|---|---|---|
| | | | | ☐ Alien ☐ Citizen |
| | | | | ☐ Alien ☐ Citizen |
| | | | | ☐ Alien ☐ Citizen |

25. Complete all columns for each of your children. (If child lives with you, state "with me" in Location column; otherwise, give the City and State of that child's residence.)
Indicate your total number of children. 0

| Given name | Date of birth | Country of birth | Date of entry | Port of entry | Location | Alien Registration No. | Sex |
|---|---|---|---|---|---|---|---|
| | | none | | | | | ☐ Male ☐ Female |
| | | | | | | | ☐ Male ☐ Female |
| | | | | | | | ☐ Male ☐ Female |
| | | | | | | | ☐ Male ☐ Female |
| | | | | | | | ☐ Male ☐ Female |
| | | | | | | | ☐ Male ☐ Female |
| | | | | | | | ☐ Male ☐ Female |

26. Complete the following with regard to each absence you have had from the United States *for a period of six months or less* since you entered for permanent residence. (If none, write "None".)

| Ship, airline, railroad or bus company, or other means used to return to the United States. | Returned at (Place or port of entry) | Date departed | Date returned |
|---|---|---|---|
| Pan Am (8) | S.F. Airport | 7/4/85 | 8/25/85 |
| (9) | Vancouver B.C. | 5-11-88 | 5.12.5 |
| (10) | | | |

27. Complete the following with regard to each absence you have had from the United States *for a period of six months or more* since you entered for permanent residence. (If none, write "None")

| Ship, airline, railroad or bus company, or other means used to return to the United States. | Returned at (Place or port of entry) | Date departed | Date returned |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

Form N-400 (12/05/86) N    Page 2

000344

28. The law provides that you may not be regarded as qualified for naturalization, if you knowingly committed certain offenses or crimes, even though you may not have been arrested. Have you ever, in or outside the United States:

(If you answer "Yes" to a) or b), give the following information as to each incident.)

a) knowingly committed any crime for which you have not been arrested?
☐ Yes  ☒ No

b) been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance, including traffic regulations?
☐ Yes  ☒ No

| Where (City, State and Country) | Date of Offense | Nature of Offense | Outcome of case, if any |
|---|---|---|---|
| none (11) | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

29. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society or similar group in the United States or in any other place, and your foreign military service (If none, write "None".)

| Name of organization | Location of organization | Membership from | Membership to |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

30. Are you now, or have you ever, in the United States or in any other place, been a member of, or in any other way connected or associated with the Communist Party? (If "Yes", attach full explanation)
☐ Yes  ☒ No

31. Have you ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person? (If "Yes", attach full explanation)
☐ Yes  ☒ No

32. Do you now or have you ever advocated, taught, believed in or knowingly supported or furthered the interests of Communism? (If "Yes", attach full explanation)
☐ Yes  ☒ No

33. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit, unit of the Nazi Party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

a) the Nazi Government of Germany?
☐ Yes  ☒ No

b) any Government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?
☐ Yes  ☒ No

34. During the period of March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion?
☐ Yes  ☒ No

35. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign state?
☐ Yes  ☒ No

36. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?
☐ Yes  ☒ No

37. Are deportation proceedings pending against you, or have you ever been deported or ordered deported, or have you ever applied for suspension of deportation?
☐ Yes  ☒ No

38. When was your last federal income tax return filed? First filed for year 1986 — insufficient income before that (year) ~~1986~~ 1985

39. Since becoming a permanent resident of the United States, have you filed an income tax return as a nonresident? (If "Yes", explain fully).
☐ Yes  ☒ No

40. Since becoming a permanent resident of the United States, have you failed to file an income tax return because you regarded yourself as a nonresident? (If "Yes", explain fully).
☐ Yes  ☒ No

Form N-400 (12/05/86) N  Page 3

000345

41. Have you ever claimed in writing, or in any other ~~~ to be a United States citizen? ☐ Yes ☒ No

42. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☒ No

43. Have you ever left the United States to avoid being drafted into the Armed Forces of the United States? ☐ Yes ☒ No

44. Do you believe in the Constitution and form of government of the United States? ☒ Yes ☐ No

45. Are you willing to take the full oath of allegiance to the United States? (See instruction #5) ☒ Yes ☐ No

46. If the law requires it, are you willing to bear arms on behalf of the United States? (If "No", attach a full explanation) ☒ Yes ☐ No

47. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the United States? (If "No", attach a full explanation) ☒ Yes ☐ No

48. If the law requires it, are you willing to perform work of national importance under civilian direction? (If "No", attach a full explanation) ☒ Yes ☐ No

49. Did you ever apply for exemption from military service because of alienage, conscientious objections ~~~ reasons? (If "Yes", attach a full explanation) ☐ Yes ☒ No

50. Did you ever register under United States Selective Service laws or draft laws? (If "Yes", complete the following) ☐ Yes ☒ No

| Date registered | |
| --- | --- |
| Selective Service Number | |
| Local Board Number | |
| Present classification | |

51. The law provides that you may not be regarded as qualified for naturalization, if, at any time during the period for which you are required to prove good moral character, you have been a habitual drunkard; advocated or practiced polygamy; have been a prostitute or procured anyone for prostitution; have knowingly and for gain helped any alien to enter the United States illegally; have been an illicit trafficker in narcotic drugs or marijuana; have received your income mostly from illegal gambling, or have given false testimony for the purpose of obtaining any benefits under this Act. Have you ever, anywhere, been such a person or committed any of these acts? (If you answer yes to any of these, attach full explanation.) ☐ Yes ☒ No

You may, by law, change your name at the time you are naturalized. If you wish to do so, please print or type that name below, or the name you want your certificate of naturalization issued under.

Signature of Applicant

X Addouy

Mailing Address
2441 Haste, Apt. #28
Berkeley, CA 94704

Telephone Number: 644-8307    Date: 12/16/87

---

This block is to be completed by the person preparing form, if other than the applicant.

I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Signature: X

Address:

Telephone Number:    Date:

---

Do not fill in blanks below these lines: This application must be sworn to before an officer of the Immigration and Naturalization Service.

**AFFIDAVIT**

I do swear that I know the contents of this application, comprising pages 1 to 4, inclusive, and the supplemental forms thereto,
(Form Numbers _____)
subscribed to by me; that the same are true to the best of my knowledge and belief; that corrections numbered: 1 to 12 were made by me or at my request, and that this application was signed by me with my full, true and correct name, so help me God.

Ali Hussein Addo
Addo: Ali Addouy
(Complete and true signature of applicant)

(Demonstrate applicant's ability to write English) X I am a student of the University

Subscribed and sworn to before me by applicant at the preliminary investigation

At San Francisco, CA
This 25th day of November, 19 87

I certify that before verification of the above applicant stated in my presence he or she had (heard) read the foregoing application, corrections therein and supplemental form(s) and understood the contents thereof.

_____
(Naturalization Examiner)

Non Filed
(Date, reasons)

Form N-400 (12/05/86) N    Page 4    GPO : 1987 O - 169-434

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
08-97
UNA

## I (a) PLAINTIFFS

ALI H. ADDO

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PA)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

## DEFENDANTS

CITIZENSHIP & INS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00097
Assigned To : Unassigned
Assign. Date : 1/17/2008
Description: Pro Se General Civil

CASE RE-ASSIGNED TO: SULLIVAN, J. EGS
MAY 30 2008

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP ___
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ● F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
● 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255* <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br> *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete related case form.

**DATE** 1-17-08   **SIGNATURE OF ATTORNEY OF RECORD** ncb

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

