◎AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

**FILED**
JAN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ali H. Addo

Plaintiff

V.

Citizenship + INS

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0097

I, _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Franklin House of Corrections.

    Are you employed at the institution?  No   Do you receive any payment from the institution?  No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  the date for the last employment is 09-06-2006, 4 church of Cambridge, tutoring p-service

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

**RECEIVED**
NOV 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   NONE

I declare under penalty of perjury that the above information is true and correct.

__11-13-07__   _____   __Addeiny__
Date                                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge      Date | United States Judge      Date |

018

| RESULT OF EXAMINATION | | COURT ACTION |
|---|---|---|
| English: Speaks OK  Reads OK  Write OK  Classes NJ  Govt OK | | Date 1/12/89  DENIED |
| G—325 ID. _nolg_ | G—325B _____ | Grounds w/o _Spouse Req not recd_ |
| G—325 Rec. B. _____ | N—426 _____ | Examiner _[signature]_ |
| G—329C _____ (If Required) | Other _____ | Cont'd _____ |
| Eligibility 101 (if OK) | | Cont'd _____ |

Documents presented:

ARC A27 177 126
Somali PP
Spouse B.C.
M.C.
Financial aid letter UCB

M.U. confirmed by rect. only

Action or documents still required:

CD  ~~NH62a~~ ~~spouse~~  R  JAN 12 1989
CX  get taxes 86, 87
    spouse " 85, 86, 8
    for M.U.
CLETS  R  JAN 12 1989
CQ  ae: 319(a)
    (See CLETS - w/diff. add
    See N462A- sig-20 match

NOV 25 1988

Recommendation: CZ  [signatures]  11-25 19 88

08 0097
FILED
JAN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

000347

Exhibit #152

-152

# UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

FILE NUMBER: A27 117 126

DATE: OCT 31 1989

ALI HUSSEIN ADDO
ASUC #136
BERKELEY, CA 94720

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | IMMIGRATION & NATURALIZATION SERVICE 630 SANSOME ST., ROOM 237 SAN FRANCISCO, CA 94111-2280 | Room No: 237 | Floor No: SECOND |
|---|---|---|---|
| DATE AND HOUR | NOVEMBER 17, 1989 at 11:00 A.M. | | |
| ASK FOR | EXAMINER CARLSON | | |
| REASON FOR APPOINTMENT | YOUR PETITION FOR NATURALIZATION. | | |
| BRING WITH YOU | YOUR ALIEN REGISTRATION CARD AND PASSPORT. | | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.
If you are unable to do so, state your reason, sign below and return this letter to this office at once.

I am unable to keep the appointment because:

Very truly yours,

*David N. Ilchert*

DAVID N. ILCHERT
DISTRICT DIRECTOR

SIGNATURE | DATE

Form G-56
Rev. 5-1-73) N

☐ CHECK THIS BOX WHEN COPY MAILED TO ATTORNEY OR REPRESENTATIVE.    FILE COPY

000074

000426

--153

630 SANSOME ST.
SAN FRANCISCO, CA 94111
APPRAISER'S BLDG
ROOM NUMBER: 237

10/20/1989.

10:00 AM

RE-EXAMINATION ON YOUR APPLICATION
BRING YOUR ALIEN REGISTRATON RECEIPT CARD AND YOUR PASSPORT.

630 SANSOME ST. SAN FRANCISCO, CA
SAN FRANCISCO, CA 94111

A27 117 126
382030
9/20/1989

ALT ADDD
ASUC STUDIO
BERKELEY, CA 94720

Exhibit # 153