

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Addo v. CIS          CASE# 08-0097 *UNA*

MOTION TO RE-INSTATE OR RE-OPEN THE CASE
DUE TO COURT,S ERRROR OR CLERICAL ERROR.

    In support of this motion:The petitioner states that he submitted the prison trust fund twice and confirmed by calling in person and talking in person with MS scott,court clerk,that the prison trust fund for the last six months was received and the application is complete.The petitioner did call at least three times and on each occasion the clerk whom he spoke confirmed that the application is complete and the IFP was processed.
    Therefore,the dismissal of the petition was unwarranted and the petitioner respectfully moves the honorable court to re-instate or re-open the case and rule the petition on expedited basis.Attached is a copy of the prison trust fund that was submitted previously with th IPF Application.

                                        Respectfully submitted,
                                          Ali Addo,Prose
                                          Sig: *[signature]*

Certification: A copy of this petition is mailed to the defendants
and the Headquarter on 05-07-08 with enough postage on it
via first class mail.

4