UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ali H. Addo, )
            Plaintiff, )
v. ) Civil Action No. 08-0097
Citizenship and Immigration Services, )
           Defendant. )

### ORDER

In light of plaintiff's submission of his financial statement in compliance with 28 U.S.C. § 1915, it is

ORDERED that plaintiff's motion to reinstate the case [Dkt. No. 5] is GRANTED; it is

FURTHER ORDERED that the Order of dismissal filed on May 6, 2008 [Dkt. No. 4] is VACATED; and it is

FURTHER ORDERED that the Clerk shall randomly assign this civil action to a district judge for further proceedings. A separate Order assessing an initial partial filing fee and granting plaintiff's application to proceed *in forma pauperis* will issue contemporaneously.

                                                                  United States District Judge

Date: May 29, 2008

