UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ali Addo<br>   Plaintiff<br><br>v.<br><br>Citizenship and Immigration Services<br>   Defendant | )<br>)<br>)<br>)   Civil Action No. 08-0097 EGS<br>)<br>)<br>)<br>)<br>) |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on May 30, 2008 from Unassigned (9098)

to Judge Sullivan because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:  Judge Sullivan
& Courtroom Deputy
Civil Case Processing Clerk
    Statistical