RECEIVED
JUN 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Addo v. citizenship service    case# 08-0097 - **EGS**

MOTION TO EXPEDITE THE RULING ON THIS PETITION:

The petitioner respectfully ask the Honorable court to put this case on an expedited schedule and rule it accordingly.

As grounds, therefore, the petitioner states:

1- The petitioner is a united citizen and he is being illegally detained by ICE.

2- This petition was submitted long time ago but due to miscommunication, the IFP was not timely enacted upon. Hence causing unintended delay.

3- All the facts needed to render ruling are submitted to the court.

Wherefore, the petitioner respectfully requests that the Honorable court, despite its heavy schedule, accommodate this request and rule the petition on expedited basis.

Respectfully submitted,
Ali Addo, prose
Sig:

proof of service: A copy of this petition is mailed via first class mail with enough postage on it to:
Citizenship service and the headquarter
111 massachusettes ave, NW
WASHINGTON, DC 20589