UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI H. ADDO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0097 (EGS) |
| CITIZENSHIP AND IMMIGRATION SERVICES, | ) |
| Defendant. | ) |

## MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Citizenship and Immigration Services ("Agency" or "CIS") respectfully moves,[1] by and through its undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for responding to the Complaint from August 25, 2008 to September 19, 2008. Defense counsel has not attempted to consult Plaintiff, who is a prisoner proceeding *pro se*, to determine his position on this Motion because Local Civil Rule 7(m) does not require such consultation with prisoners proceeding *pro se*. The grounds for this Motion are set forth below.

In this action, Plaintiff purportedly seeks to have CIS "correct" its records to reflect that Plaintiff is not a deportable alien, but rather a U.S. Citizen. Plaintiff alleges that he was sworn in as a U.S. Citizen by oath administered in November 1989.

On June 25, 2008, the United States Attorney's Office for the District of Columbia received Plaintiff's Complaint. Thereafter undersigned counsel contacted Agency counsel to

---

[1] The Agency makes this Motion without intending to waive and expressly reserving its rights to challenge whether it is an appropriate party to this action.

obtain information and assistance in responding to the Complaint.  To date, undersigned counsel has searched the federal court Pacer system U.S. Party / Case Index and it appears that Plaintiff may not be permitted to proceed *in forma pauperis* ("IFP") in this action due to several prior "strikes" in other district court actions pursuant to 28 U.S.C. § 1915(g).

Moreover, it appears that Plaintiff has previously attempted to establish his U.S. citizenship based upon his alleged November 1989 oath in other prior proceedings to no avail.  For example, Plaintiff filed a petition for review with the U.S. Court of Appeals for the Third Circuit challenging the ruling of the Board of Immigration Appeals, which concluded that Plaintiff failed to establish that he is a U.S. citizen.  *See Addo v. Atty. Gen.*, No. 05-4076, 2007 WL 1852264, *2 (3d Cir. June 28, 2007).  Plaintiff has since sought review of the Third Circuit's decision with the U.S. Supreme Court.  *See Addo v. Mukasey*, No. 07-8429 (U.S.).  Briefing before the Supreme Court was completed on April 14, 2008.[2]

In light of this information, and for perhaps other reasons, Defendant intends to move to dismiss this action.  However, although undersigned counsel and Agency counsel have been diligent in their efforts, due to matters and deadlines in other pending cases, undersigned counsel requires additional time to formulate an appropriate dispositive motion, which could obviate the need for further litigation in this matter.  Accordingly, Defendants respectfully ask that this Court extend their time to respond to the Complaint in this action as indicated below.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents Defendants' first request for an extension of this deadline and, in total, their first request for an extension in this action.  No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension.  Allowing

---

[2]   Additionally, Plaintiff also appears to have previously filed an action in the Northern District of California seeking the same relief as this action.  *See Addo v. Carlson*, Civ. A. No. 4:03-cv-4905 (CW) (N.D. Cal.).

Defendants additional time to formulate an appropriate response to the Complaint would not prejudice Plaintiff and would serve the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, September 19, 2008. A proposed order is attached.

Dated: August 25, 2008
	Washington, DC

	Respectfully submitted,


	_____
	JEFFREY A. TAYLOR, D.C. BAR #498610
	United States Attorney


	_____
	RUDOLPH CONTRERAS, D.C. BAR #434122
	Assistant United States Attorney


	        /s/
	_____
	BRIAN P. HUDAK
	Assistant United States Attorney
	555 4th Street, NW
	Washington, DC 20530
	(202) 514-7143

	*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2008, a true and correct copy of the above Motion for an Enlargement of Time, was served upon *pro se* Plaintiff Ali H. Addo, by first class United States mail, postage prepaid, to:

Ali H. Addo (A27-117-126)
Franklin House of Corrections
160 Elm Street
Greenfield, MA 01301

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI ADDO,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>CITIZENSHIP AND IMMIGRATION  )<br>SERVICES,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No. 08-0097 (EGS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, September 19, 2008, to respond to the Complaint in this action.

SIGNED:

_____                    _____
Date                                          EMMET G. SULLIVAN
                                              United States District Judge